## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ANSON HOLLEY JR.**                                            **CIVIL ACTION**

**VERSUS**                                                     **NO.  10-1787**

**TERRY TERRELL, WARDEN**                                       **SECTION "I"(2)**

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and petitioner's voluntary dismissal of his unexhausted claims, Record Doc. Nos. 12 and 13, and the objection by petitioner, Anson Holley, Jr., which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Anson Holley Jr.'s petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ____24th____ day of February, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE