UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANSON HOLLEY JR.                                                    CIVIL ACTION

VERSUS                                                              NO. 10-1787

TERRY TERRELL, WARDEN                                               SECTION "I"(2)

# **O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Motion for Relief from Judgment and Order Pursuant to Fed. R. Civ. P. 60(b), Record Doc. No. 28, is **DENIED**.

New Orleans, Louisiana, this 21st day of May, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE